1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11
   **ALEX IVEY,**                              Case No. C 10-5828 SBA (PR)
12
                                  Petitioner,   **ORDER**
13

14                        **v.**

15   **MIKE MCDONALD, Warden,**

16                                Respondent.

17

18          IT IS HEREBY ORDERED that the time within which respondent is to respond to the

19   Order to Show Cause filed by this Court on January 11, 2011, and provide the relevant state court

20   record, will be extended to June 25, 2011.  Petitioner's traverse, if any, shall be filed and served

21   within 60 days of service of an answer.

22
     Dated:  __5/12/11
23                                             The Honorable Saundra B. Armstrong

24

25

26

27

28
                                            1