IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX IVEY,<br><br>    Petitioner,<br><br>        v.<br><br>MIKE McDONALD, Warden,<br><br>    Respondent. | Case No. 4:10-5828 SBA (PR)<br><br>**ORDER** |

Upon considering petitioner's request, and good cause appearing, petitioner shall have an additional 30 days, to and including September 14, 2010, within which to file a Traverse to Respondent's Answer to Petitioner's Petition for Writ of Habeas Corpus.

Dated:  8/5/11

_Saundra B Armstrong_
SAUNDRA B. ARMSTRONG
United States District Judge