UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALEX IVEY,<br><br>      Plaintiff,<br><br>vs.<br><br>MIKE MCDONALD, Warden,<br><br>      Respondent. | Case No:  C 10-5828 SBA<br><br>**JUDGMENT** |

In accordance with the Order Denying Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Respondent.

IT IS SO ORDERED.

Dated: 3/31/14

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge